IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

FEB 18 2014

JAMES W. McCORMACK, CLERK
By: _____
                DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) 4:13CR00149-01 JLH |
| | ) M-14-2096-M |
| MIGUEL ANGEL VELA | ) |
| | ) EX PARTE |
| | ) UNDER SEAL |

**UNDER SEAL**

## MOTION FOR REVOCATION

The United States of America, by and through its attorney, Christopher R. Thyer, United States Attorney for the Eastern District of Arkansas and Chris Givens, Assistant United States Attorney for said district, moves to revoke defendant Miguel Angel Vela's pretrial release and, in support of its motion, states:

1. Defendant was indicted on May 9, 2013, and released on bond with conditions on June 5, 2013. Trial is set for July 21, 2014.

2. Among the conditions of bond was the requirement that the defendant remain on home detention and be restricted to his residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer.

3. On November 4, 2013, Hays County, Texas, Probation Officer, Brittney Martinez, advised the defendant appeared on October 30, 2013, in Hays County, Texas, District Court. The defendant's bond for a previous state charge was increased to $100,000. The defendant left the courthouse to obtain a bondsman. The defendant failed to return to pay the increased bond. Court was rescheduled for October 31, 2013. The defendant then failed to appear for court on October

1

30

31, 2013. A warrant was issued for failing to appear and remains active. The U.S. Probation office has not been successful in making contact with the defendant.

**THEREFORE**, based on the defendant's continued violations of pretrial release as described above, the United States moves that a warrant for the defendant be issued and the defendant be brought before this court to show cause why his conditions of release should not be revoked.

CHRISTOPHER R. THYER
United States Attorney

By CHRIS GIVENS
Bar No. 2009194
Assistant U. S. Attorney
P. O. Box 1229
Little Rock, AR   72203
501-340-2619
Chris.Givens@usdoj.gov

A TRUE COPY I CERTIFY
JAMES W. McCORMACK, CLERK

By _____ D.C.

2